**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**JAMIE PEEPLES**                                                                                       **PLAINTIFF**

**V.**                              **CASE NO. 3:22-CV-03044**

**NORTHEAST PUBLIC WATER AUTHORITY**
**and GERRY LANCE, Individually and in His Official Capacity**        **DEFENDANTS**

## ORDER OF DISMISSAL

Now before the Court is Plaintiff's Motion to Dismiss (Doc. 10).  In the Motion, Plaintiff advises that the parties have settled all claims.  Accordingly, **IT IS ORDERED** that Plaintiff's Motion to Dismiss (Doc. 10) is **GRANTED**, and the case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 14th day of November, 2022.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE